IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CR-085-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER OF CONTINUING GARNISHMENT** |
| v. | ) | |
| STANLEY FARD HARPER, | ) | |
| Defendant, | ) | |
| and | ) | |
| AMERIHEALTH CARITAS SERVICES, LLC, | ) | |
| Garnishee. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Order Of Continuing Garnishment." (Document No. 13).

Judgment in the criminal case was entered on March 14, 2018, in the United States District Court for the District of South Carolina. (Document No. 1). As part of that Judgment, Defendant Stanley Fard Harper was ordered to pay an assessment of $100.00 and restitution of $57,651.41 to the victims of his crime. Id. Defendant's supervision by the United States Probation Office was transferred from the District of South Carolina to the Western District of North Carolina on March 13, 2020. Id.

On July 22, 2024, the Court entered a "Writ Of Continuing Garnishment" (the "Writ") as to Garnishee, AmeriHealth Caritas Services, LLC. (Document No. 6). Defendant was served with the Writ and Instructions notifying him of his right to request a hearing and/or claim exemptions on August 7, 2024. (Document No. 8). Defendant mailed a letter asserting various claims but did

not request a hearing or claim exemptions. (Document No. 9). The Government filed a "Reply To Defendant's Letter To Writ Of Continuing Garnishment" on September 5, 2024. (Document No. 11). Garnishee was served with the Writ and Instructions on August 2, 2024. (Document No. 8). Garnishee filed an Answer on September 4, 2024, stating that at the time of service of the Writ, Garnishee had in its custody, control, or possession property or funds owned by Defendant, including nonexempt, disposable earnings. (Document Nos. 10, 12). The Government mailed a copy of the Answer to Defendant on September 4, 2024. Defendant did not object to the Answer of Garnishee.

**IT IS, THEREFORE, ORDERED** that an Order of Continuing Garnishment is hereby **ENTERED** in the amount of $55,476.41 computed through July 22, 2024. Garnishee shall pay the United States up to the lesser of:

1. twenty-five percent (25%) of Defendant's disposable earnings which remain after all deductions required by law have been withheld, or
2. the amount by which Defendant's disposable earnings for each week exceed thirty (30) times the federal minimum wage.

See 15 U.S.C. § 1673(a). Garnishee shall continue payments until the debt to the United States is paid in full; until Garnishee no longer has custody, possession, or control of any property belonging to Defendant; or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> CLERK OF THE UNITED STATES DISTRICT COURT
> ATTN: FINANCE DEPARTMENT
> 401 WEST TRADE STREET
> CHARLOTTE, NORTH CAROLINA 28202

To ensure that each payment is credited properly, the following should be included on each check: Defendant's Name Stanley Fard Harper and Case Number DNCW3:20CR85.

**IT IS FURTHER ORDERED** that the Garnishee shall advise this Court if Defendant's employment is terminated at any time by Garnishee or Defendant.

**IT IS FURTHER ORDERED** that the United States shall submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: October 21, 2024

David C. Keesler
United States Magistrate Judge